UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,         )
                                )
v.                              )         No.:   2:15-CR-119-TAV-CRW-1
                                )
LEE LANE,                       )
                                )
              Defendant.        )

**ORDER**

Before the Court is Defendant's pro se Motion for Judicial Recommendation [Doc. 33]. Defendant asks the Court to recommend that he be placed in a halfway house for up to twelve months prior to the end of his federal sentence. In support, defendant discusses his rehabilitative and educational efforts and argues that, in such a placement, he will be a productive member of society in light of the skills he has learned while incarcerated.

Halfway house placement and home confinement under the Second Chance Act, 18 U.S.C. § 3624(c), are matters within the discretion of the Bureau of Prisons to be determined on an individual basis considering several factors including, "any statement by the court that imposed the sentence. . . ." *See, e.g.*, *Lovett v. Hogsten*, No. 09-5605, 2009 WL 5851205, at *1 (6th Cir. Dec. 29, 2009) (citing 18 U.S.C. § 3621(b)). In the present case, while the Court finds Defendant's rehabilitative efforts commendable, the Court views the Bureau of Prisons as being in a far superior position to determine the

appropriate time and manner of community reentry. The Court therefore declines defendant's request to make any specific recommendation. The motion [Doc. 33] is therefore **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE